UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA LEWIS, | No.  2:22-cv-0423 KJM DB PS |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| SCOTT L. JONES, et al., | |
| Defendants. | |

     Plaintiff Yolanda Lewis is proceeding in this action pro se.  This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On March 7, 2022, plaintiff filed a complaint, paid the applicable filing fee, and summons issued.  (ECF Nos. 1 & 4.)  A letter also issued that advised plaintiff that Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant must be dismissed if service of the summons and complaint is not accomplished on the defendant within 90 days after the complaint was filed.  (ECF No. 5.)  More than 90 days have passed, plaintiff has taken no action in this case, and the docket does not reflect proof of service on, or the appearance of, a defendant.

////

////

////

1

In this regard, it appears that plaintiff has failed to prosecute this action. In light of plaintiff's pro se status, and in the interests of justice, the court will provide plaintiff with an opportunity to show good cause for plaintiff's conduct.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff show cause in writing within fourteen days of the date of this order as to why this case should not be dismissed for lack of prosecution[1]; and

2. Plaintiff is cautioned that the failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED: October 24, 2022                    /s/ DEBORAH BARNES
                                           UNITED STATES MAGISTRATE JUDGE

---

[1] Alternatively, if plaintiff no longer wishes to pursue this civil action, plaintiff may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.